MARFRAN REALTY CORPORATION et al., Appellants, *v.* MEYER L. AGIN, Respondent, Impleaded with Others.

Argued May 27, 1942; decided June 18, 1942.

*Leo E. Sherman* for appellants.

*Lazarus Joseph, Jacob S. Demov* and *Charles L. Grad* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.